IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR NO. 8:19cr932 |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(2) |
| | ) | 18 U.S.C. § 924(e) |
| vs. | ) | 18 U.S.C. § 924(c)(1)(A) |
| | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(B) |
| | ) | 21 U.S.C. § 853 |
| | ) | 21 U.S.C. § 881 |
| **JOEY DERRICK OWEN** | ) | 28 U.S.C. § 2461(c) |
| | ) | |

**INDICTMENT**

## COUNT 1

THE GRAND JURY CHARGES:

That on or about June 7, 2019, in the District of South Carolina, the Defendant, **JOEY DERRICK OWEN**, knowingly possessed a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, to wit: a Palmetto State Armory 5.56 caliber pistol, 5.56 caliber ammunition, .380 caliber ammunition, and .22 caliber ammunition, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

That on or about June 7, 2019, in the District of South Carolina, the Defendant, **JOEY DERRICK OWEN**, knowingly, intentionally and unlawfully did possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 3

THE GRAND JURY FURTHER CHARGES:

That on or about June 7, 2019, in the District of South Carolina, the Defendant, **JOEY DERRICK OWEN**, knowingly did possess a firearm in furtherance of a drug trafficking crime as set forth in Count Two of this Indictment, which is prosecutable in a court of the United States;

In violation of Title 18, United States Code, Section 924(c)(l)(A).

## FORFEITURE

DRUGS/FIREARM OFFENSES:

Upon conviction for felony violation of Title 18 and 21, United States Code as charged in this Indictment, the Defendant, **JOEY DERRICK OWEN**, shall forfeit to the United States all of the Defendant's right, title and interest in and to any property, real and personal,

- (a) constituting, or derived from any proceeds the Defendant obtained, directly or indirectly, as the result of such violation(s) of Title 21, United States Code, and all property traceable to such property;

- (b) used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations of Title 21, United States Code;

- (c) any firearms and ammunition (as defined in 18 U.S.C. § 921) –

    - (1) used or intended to be used to facilitate the transportation, sale, receipt, possession or concealment of controlled substances or any proceeds traceable to such property;

    - (2) involved in or used in any knowing violations of 18 U.S.C. §§ 922 and 924, or violation of any other criminal law of the United States, or intended to be used in a crime of violence;

PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1), Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant

for the offenses charged in this Indictment includes, but is not limited to, the following:

    A.    <u>Firearm</u>:

        Palmetto State Armory PA-15, 5.56 caliber pistol
        Serial Number: PI047088

    B.    <u>Ammunition</u>:

        Miscellaneous rounds of 5.56 caliber ammunition, .380 caliber ammunition, and .22 caliber ammunition.

    C.    <u>Proceeds/Forfeiture Judgment</u>:

        A sum of money equal to all property the Defendant obtained as a result of the drug offenses charged in the Indictment, and all interest and proceeds traceable thereto as a result for his violation of 21 U.S.C. § 841.

<u>SUBSTITUTION OF ASSETS</u>:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the Defendant:

    (a)    cannot be located upon the exercise of due diligence;
    (b)    has been transferred or sold to, or deposited with, a third person;
    (c)    has been placed beyond the jurisdiction of the Court;
    (d)    has been substantially diminished in value; or
    (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the Defendant's up to an amount equivalent to the value of the above-described forfeitable property;

Pursuant to Title 18, United States Code, 924(d)(1), Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c).

A __TRUE__ Bill

REDACTED
FOREPERSON

*Sherri A. Lyd...*
SHERRI A. LYDON (MBC)
UNITED STATES ATTORNEY